■ PAUL E. KELLEY, Appellant, v. HEARST CORPORATION, Respondent.— Order unanimously affirmed, with $10 costs.